UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO

| | |
|---|---|
| **SYDNEY BRUCKS,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:16-CV-921 |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) Jury Demand |
| | ) Electronically Filed |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Sydney Brucks, and the Defendant, The Lincoln National Life Insurance Company, hereby stipulate that this action is hereby dismissed with prejudice to the refiling of the same.

Each party shall bear their own attorneys' fees and costs.

Dated:  January 24, 2017.

Respectfully submitted,

/s/ John M. Scannapieco
John M. Scannapieco
Tenn. Reg. No. 14473
BAKER DONELSON BEARMAN
  CALDWELL & BERKOWITZ, PC
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5648
jscannapieco@bakerdonelson.com

*Attorneys for the Defendant, The Lincoln National Life Insurance Company*

/s/ Marc S. Whitehead (w/ permission JS)
Marc S. Whitehead
State Bar No. 00785238
Marc S. Whitehead & Assoc., Attorneys at Law, LLP
5300 Memorial Drive, Suite 725
Houston, Texas 77007
(713) 228-8888
marc@marcwhitehead.com

*Attorneys for the Plaintiff, Sydney Brucks*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system or by U.S. first class mail, postage pre-paid to Marc S. Whitehead, Esq., Marc S. Whitehead & Assoc., Attorneys at Law, LLP, 5300 Memorial Drive, Suite 725, Houston, Texas 77007 on this 24th day of January, 2017.

/s/ John M. Scannapieco
John M. Scannapieco